```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                -v-                                    :        19-CR-774 (JMF)
                                                       :
ROGER RALSTON,                                         :        SCHEDULING ORDER
                                                       :
                        Defendant.                     :
                                                       :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **November 25, 2019** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: November 21, 2019  
       New York, New York  
                                          JESSE M. FURMAN  
                                        United States District Judge