

June 16, 2020

Honorable Jesse Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Roger Ralston, 19 CR 774 (JMF)*

Dear Judge Furman:

     I am writing to request permission from Your Honor to modify a condition of release for Mr. Ralston, allowing him to travel outside of the currently prescribed areas (SDNY, EDNY, and SDFL) to allow him to assist his son move out of his college residence and return home.  We have informed the government as well as Mr. Ralston's Pretrial Services Officer, neither of whom have an objection.

     Mr. Ralston's son attends school in Orlando, Florida.  We respectfully request that Mr. Ralston be permitted to drive with his wife from his home to Orlando, Florida (in the Middle District of Florida) on or about June 26, 2020.  Mr. Ralston, his wife, and son will return home on or about June 27, 2020.

Respectfully Submitted,

_____
Peter Katz, Esq.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #42.

SO ORDERED.

June 16, 2020