UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA,                :

                                              :

            -v-                        :          19-CR-774 (JMF)

                                              :

ROGER RALSTON,                      :          <u>ORDER</u>

                                            :

                       Defendant.       :

                                            :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The conference scheduled for **July 27, 2020**, at **2:15 p.m.** is hereby scheduled to occur as a video/teleconference using the Skype for Business platform.

      To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Due to the limited capacity of the Skype system, only one counsel per party may participate.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 917-933-2166 and using access code 817736008.

      In advance of the conference, Chambers will email those participating by video a link to be pasted into their browser.  **The link is non-transferrable and can be used by only one person**; further, it should be used **only** at the time of the conference because accessing it earlier may cause disruptions to other proceedings.

      To optimize use of the Skype technology, all those participating by video should:

1.  Use the most recent version of Firefox, Chrome, or Internet Explorer as the web browser.  Do **not** use Safari.

2.  Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals may cause delays or dropped feeds.)

3.   Minimize the number of others using the same WiFi router during the conference. Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

If Skype does not work well enough and the Court decides to transition to its teleconference line, counsel should call 888-363-4749 and use access code 5421540#.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  In that event, and in accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman, counsel should adhere to the following rules and guidelines during the hearing:

1.   Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2.   Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3.   To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

4.   If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

SO ORDERED.

Dated: July 24, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge