UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

ROGER RALSTON,

*Defendant.*

[~~PROPOSED~~] ORDER

19 Cr. 774 (JMF)

Upon the joint application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH, Assistant United States Attorney, of counsel, and defendant ROGER RALSTON, by and through his counsel of record,

WHEREAS, the conference previously scheduled for October 19, 2020, is hereby adjourned until  January 19, 2021 at 3:00 p.m.  ;

WHEREAS, time previously was excluded by the Court under the Speedy Trial Act, 18 U.S.C. § 3161, through October 19, 2020; and

WHEREAS, the Court finds that the ends of justice served by further excluding time until  January 19, 2021 , outweigh the best interest of the public and the defendant in a speedy trial, because the exclusion will afford the defendant and his counsel time to continue to review the discovery in this case and prepare for trial, as well as allow the parties additional time to discuss any potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from October 19, 2020, through January 19, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: New York, New York
       October 6, 2020

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York