UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

ROGER RALSTON,

*Defendant.*

[PROPOSED] ORDER

19 Cr. 774 (JMF)

Upon the joint application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH and JESSICA FEINSTEIN, Assistant United States Attorneys, of counsel, and defendant ROGER RALSTON, by and through his counsel of record,

WHEREAS, the conference previously scheduled for January 19, 2021, is hereby adjourned until  April 5, 2021, at 2:30 p.m.       ;

WHEREAS, time previously was excluded by the Court under the Speedy Trial Act, 18 U.S.C. § 3161, through January 19, 2021; and

WHEREAS, the Court finds that the ends of justice served by further excluding time until   April 5, 2021        , outweigh the best interest of the public and the defendant in a speedy trial, because the exclusion will afford the defendant and his counsel time to continue to review the discovery in this case and prepare for trial, as well as allow the parties additional time to discuss any potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from January 19, 2021, through __April 5, 2021__, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: New York, New York
       __January 5__, 2021

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York