

January 13, 2021

Honorable Jesse Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                    *Re: United States v. Roger Ralston, 19 CR 774 (JMF)*

Dear Judge Furman:

      I represent Roger Ralston in the above referenced criminal case. I am writing to request permission from Your Honor to modify a condition of release for Mr. Ralston, allowing him to travel outside of the currently prescribed areas (SDNY, EDNY, and SDFL) to allow him to visit with a client. We have informed AUSA Olga Zverovich and Pretrial Services Officer Steffi Jean-Jacques of these requests and they have no objection.

      Mr. Ralston has a client in Atlanta who has requested that Mr. Ralston visit regarding the installation of video equipment at the client's home. We respectfully request that Mr. Ralston be permitted to drive from his home in Florida to Atlanta, Georgia with his wife on or about January 28, 2021, returning on or about February 1, 2021.

Respectfully Submitted,

_____
Peter Katz, Esq.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #67. SO ORDERED.

January 13, 2021