UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
       -v-                                            :          19-CR-774 (JMF)
:
ROGER RALSTON,                                        :          ORDER
:
                                Defendant.            :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

There is a proceeding in this matter scheduled for **April 5, 2021**.  Counsel are directed to confer and, **within two business days of this Order**, submit a joint letter indicating their views on (1) whether the proceeding should be held in person or remotely; and (2) whether, if permitted under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether.  If the Defendant is detained, counsel should identify the facility in which the Defendant is held and their USMS#; if the Defendant is not detained, counsel should indicate whether the Defendant would be capable of participating in a remote proceeding.  **Counsel is advised that, for the foreseeable future, some facilities (including the Metropolitan Correctional Center and the Metropolitan Detention Center) may require that any inmate appearing in court be quarantined for 14 days upon returning from their appearance.**

Counsel should be prepared to set a trial date at the April 5, 2021 conference and, to that end, should confer about it in advance (mindful that, COVID-19 issues aside, any trial date would be a firm date) and address the issue in the joint letter.  In case the proceeding needs to be rescheduled, counsel should also indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote.  In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

SO ORDERED.

Dated: March 22, 2021
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge