

Eric R. Nitz
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2021
F: 202.536.2021
enitz@mololamken.com
www.mololamken.com

August 26, 2021

The Honorable Jesse M. Furman
United States District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

By ECF

    Re:   *United States v. Ralston*, No. 1:19-cr-774

Dear Judge Furman,

    On November 25, 2019, the undersigned counsel, Eric R. Nitz and Sara Margolis, appeared on behalf of Defendant Roger Ralston at his arraignment.  *See* Dkts. 16, 17; *see also* Dkt. 11, 14, 15.  On December 9, 2019, Mr. Ralston filed a motion to substitute counsel, replacing undersigned counsel with Peter Katz.  Dkt. 21.  The Court granted that motion, Dkt. 22, and Mr. Ralston has been represented by Mr. Katz since then.  Undersigned counsel have continued to receive ECF notices in this case, however, and now respectfully request that the Court terminate their status as attorneys to be noticed in this case.  Neither Mr. Ralston nor the United States opposes this request.

    Respectfully submitted,

    */s/ Eric R. Nitz*

    Eric R. Nitz
    Sara Margolis

Cc: All counsel by ECF

Application GRANTED.  The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 142.  SO ORDERED.

August 27, 2021