LAW OFFICES OF **PETER KATZ**
EXPERIENCE DEDICATION RESULTS

116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
609.734.4380

52 Duane Street, 7th Floor
New York, New York 10007
212.933.9323
pkatzlegal.com

September 13, 2021

Honorable Jesse Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Roger Ralston, 19 CR 774 (JMF)*

Dear Judge Furman:

     I represent Roger Ralston in the above referenced criminal case. I am writing to request permission from Your Honor to modify a condition of release for Mr. Ralston, allowing him to travel outside of the currently prescribed areas (SDNY, EDNY, and SDFL) to allow him to travel to Orlando, FL on or about the 6th of October and returning on or about the 7th of October for a family matter and to see his 91-year old aunt. Both Pretrial and the U.S. Attorney's Office have been made aware of this request and consent to it.

Respectfully Submitted,

_____
Peter Katz, Esq.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #148. SO ORDERED.

*[Signature]*

September 13, 2021