UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>ROGER RALSTON,<br><br>            Defendant. | 19-cr-774-1 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On April 15, 2024, the Court received a pro se motion from defendant Roger Ralston seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) because of a recent retroactive amendment to the Federal Sentencing Guidelines. ECF No. 267. In particular, Ralston asserts that he is eligible for a sentence reduction "under Amendment 821 Part B." Id. at 5. That provision allows the Court to apply a retroactive two-point reduction in offense level for a defendant who has zero criminal history points and meets certain other criteria. See U.S.S.G. § 4C1.1. It does not apply to Ralston, however, because he has two criminal history points, not zero. See ECF No. 247 (PSR), ¶ 79. Accordingly, Ralston's motion for a sentence reduction is hereby denied. The Clerk is respectfully directed to close document 267 on the docket of this case.

    SO ORDERED.

New York, NY
April 15, 2024

_____
JED S. RAKOFF, U.S.D.J

1